United States District Court
Northern District of Ohio
801 West Superior Avenue
Cleveland, Ohio 44113

October 23, 2006

Southern District of California
Office of the Clerk
4290 Edward J. Schwartz Federal Building
880 Front Street
San Diego, CA  92101-8900

Re: **MDL 1535 Welding Rod Products Liability Litigation**

06 cv 1590 BTM (JMA)

| Transfer of Civil Cases | SDCA# |
|---|---|
| **Gallardo, et al v A.O Smith Corp., et al** | **3:06-1589** |
| **Proulx, et al v A.O. Smith Corp., et al** | **3:06-1590** |
| **Jones, et al v A.O. Smith Corp., et al** | **3:06-1596** |

Dear Sir/Madam:

Enclosed are certified copies of Conditional Transfer Order (CTO-43) of the Judicial Panel on Multidistrict Litigation directing the transfer of the above referenced civil action(s) to the Northern District of Ohio pursuant to 28 U.S.C. Section 1407. The Honorable Kathleen McDonald O'Malley presides over this litigation.

**Once cases have been closed in your District please e-mail the Northern District of Ohio Clerk's Office at the e-mail addresses listed below. We will retrieve documents electronically.**

Northern District of Ohio case numbers will be assigned upon receipt of records.

Should you have any questions regarding this request, please call me at the number below.

Sincerely,

Geri M. Smith, Clerk

By _____
Renee Schumitsh
MDL Coordinator
(216) 357-7017

**Renee_Schumitsh@ohnd.uscourts.gov and
Jenny_E_Smolinski@ohnd.uscourts.gov**

A CERTIFIED TRUE COPY

OCT 13 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 27 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1535

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE WELDING FUME PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-43)

On June 23, 2003, the Panel transferred three civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 269 F.Supp.2d 1365 (J.P.M.L. 2003). Since that time, 355 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Kathleen McDonald O'Malley.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge O'Malley.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of June 23, 2003, and, with the consent of that court, assigned to the Honorable Kathleen McDonald O'Malley.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

OCT 13 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby certify that this instrument is a true and
correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By: Renee Schumitsch
Deputy Clerk

# SCHEDULE CTO-43 - TAG-ALONG ACTIONS
## DOCKET NO. 1535
## IN RE WELDING FUME PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #                    CASE CAPTION

CALIFORNIA CENTRAL
  CAC   2   06-5327           Larry Brengle, et al. v. A.O. Smith Corp., et al.

CALIFORNIA EASTERN
  CAE   2   06-1776           Douglas Peruchetti, et al. v. A.O. Smith Corp., et al.
  CAE   2   06-1897           Kenneth Pridmore, et al. v. Lincoln Electric Holdings, Inc., et al.

CALIFORNIA NORTHERN
  CAN   3   06-4810           David Dickens, et al. v. A.O. Smith Corp., et al.
  CAN   3   06-4822           John Lassus, et al. v. Lincoln Electric Holdings, Inc., et al.
  CAN   3   06-4825           Harry Battiste, et al. v. A.O. Smith Corp., et al.
  CAN   3   06-5049           Joseph Duran v. A.O. Smith Corp., et al.
  CAN   4   06-4811           Rufino Ramos v. A.O. Smith Corp., et al.

CALIFORNIA SOUTHERN
  CAS   3   06-1589           Jorge Gallardo, et al. v. A.O. Smith Corp., et al.
  CAS   3   06-1590           Lawrence Proulx v. A.O. Smith Corp., et al.
  CAS   3   06-1596           Michael A. Jones, et al. v. A.O. Smith Corp., et al.

MINNESOTA
  MN    0   06-3319           David Mann v. Airco, Inc./BOC Group, Inc., et al.

PENNSYLVANIA WESTERN
  PAW   3   06-103            William E. Walsh, Jr. v. Consolidated Rail Corp., et al.
  PAW   3   06-104            Charles A. Williams v. Consolidated Rail Corp., et al.